IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND and TRUSTEES OF THE INTERNATIONAL TRAINING FUND | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:14-cv-00642 (GBL/IDD) |
| v. | ) ) ) | |
| PRECISION CONTROL SYSTEMS OF INDIANAPOLIS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM ORDER

Upon consideration of the November 12, 2014 Report and Recommendation of United States Magistrate Judge Ivan D. Davis (Doc. 12), who was designated to review Plaintiffs' Motion for Default Judgment and evidence filed by Plaintiff on the amount of damages and attorneys fees to award Plaintiffs (Doc. 8), no objection having been filed within fourteen (14) days, and upon an independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Davis. The final judgment is to follow.

**IT IS SO ORDERED.**

ENTERED this 8 day of January, 2015.

Alexandria, Virginia
1/8/15



/s/
Gerald Bruce Lee
United States District Judge